AO 93   (Rev. 12/03) Search Warrant

# UNITED STATES DISTRICT COURT

__Southern__ District of __California__

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

Motorola Cellular Telephone
Model: F3
Serial number F59MH84NV7

FILED
08 FEB -8 AM 10: 05

SEARCH WARRANT

Case Number: **08 MJ 0333**

TO: __Customs and Border Protection Officers__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __Officer Alfredo Loperena__ who has reason to believe
                                                        Affiant

that ☐ on the person of, or ☐ on the premises known as (name, description and/or location)

Motorola Cellular Telephone
Model: F3
Serial number F59MH84NV7

in the __Southern__ District of __California__ there is now concealed a certain person or property, namely (describe the person or property)

Motorola Cellular Telephone
Model: F3
Serial number F59MH84NV7

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __2/15/2008__
                                                                Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ~~at any time in the day or night as I find reasonable cause has been established~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

__Ruben Brooks__ as required by law.
U.S. Magistrate Judge (Rule 41(f)(4))

__2/5/2008 at 1:50 p.m.__   at   __San Diego, California__
Date and Time Issued                  City and State

**RUBEN B. BROOKS**
**U.S. MAGISTRATE JUDGE**
Name and Title of Judge

_Ruben Brooks_
Signature of Judge

AO 93   (Rev. 12/03)  Search Warrant (Reverse)

| RETURN | Case Number: 08MJ0333 | |
|---|---|---|
| DATE WARRANT RECEIVED<br>2/5/2008 | DATE AND TIME WARRANT EXECUTED<br>2/7/2008 5:10 pm | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| INVENTORY MADE IN THE PRESENCE OF<br>Edward Chavoya / Enforcement Officer U.S. Customs and Border Protection | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Search Warrant executed by CBP Enforcement Officer Alfredo Loperena on February 7, 2008, at 1710 hours. The following information was extracted from the cellular phone pursuant to Attachment B of the warrant.

TEXT MESSAGES:
A text message was retrieved. The message was received on 02-07-08 at 1317 hours telling the user to recharge the minutes on the phone. (pre-paid cellular phone).

CONTACT LIST:
No Name   626-5134
El Carlos  044-664-308-2571
Chuy      664-801-6774
Dani      664-113-4912
Jorje     664-190-5080
Pedro     044-664-177-5765
Roro      660-0983
Rudi      664-314-3543
Susana    044-664-167-3598
Tio K     044-664-348-0320

RECENT CALL LOG (Outgoing / Incoming):
Outgoing  12-31-05  2141 hrs  Rudi
Outgoing  11-11-07  0806 hrs  Rudi
Incoming  11-11-07  0820 hrs  Rudi
Incoming  11-11-07  0639 hrs  Rudi
Outgoing  11-10-07  1731 hrs  El Carlos
Outgoing  11-10-07  1137 hrs  Jorje
Incoming  11-10-07  0854 hrs  Tio K
Outgoing  11-10-07  0853 hrs  Tio K
Incoming  11-08-07  1954 hrs  664-502-9489
Incoming  11-08-07  1949 hrs  664-502-9489
Incoming  11-05-07  2035 hrs  664-172-2421
Incoming  11-05-07  1106 hrs  664-172-2421
Outgoing  11-04-07  0918 hrs  664-172-2421
Incoming  11-01-07  2242 hrs  664-190-2973
Incoming  11-01-07  1858 hrs  664-285-7721
Incoming  11-01-07  1055 hrs  Tio K

Incoming  10-31-07  1748 hrs  664-285-7721
Incoming  10-29-07  1849 hrs  664-342-9549

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

_[signature] Alfredo Loperena #7440_     _[signature] Alfredo Loperena #7440_

Subscribed, sworn to, and returned before me this date.

_[signature] Nelson Bowles_                    2/8/2008
Signature of Judge                              Date